# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEISHA HOLLIDAY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE NO.: |
|  | : 1:22-CV-2577-TWT-JCF |
| UPTAIN GROUP, INC., | : |
| Defendant. | : |

## ORDER

On June 28, 2022, Plaintiff filed this action alleging, *inter alia*, that Defendant violated the Fair Debt Collection Act, 15 U.S.C. § 1692, *et seq*. Defendant's answer was due to be filed on August 12, 2022 as shown in Plaintiff's return of service executed filed on July 26, 2022 (Doc. 4).

Since that time, no substantive action has taken place in this action. Plaintiff is hereby **ORDERED** to provide a status report to the Court **within 14 days from the date of entry of this Order**.

**SO ORDERED** this 17th day of August, 2022.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge